No. —, original. Ex parte Harry C. Robertson. June 1, 1937. The motion for leave to file a petition for writ of habeas corpus is denied.

No. 13, original. Texas v. Florida et al. June 1, 1937. The motion for the appointment of a Special Master is granted and John S. Flannery, Esquire, of Washington, D. C., is appointed Special Master.

No. 102 (October Term, 1934). Smith, Executor, v. Snow et al. June 1, 1937. The motion to recall and amend the mandate is denied. The motion for leave to file a supplemental answer and petition for rehearing in the United States District Court for the District of Minnesota is denied, without prejudice to an application to the District Court which may deal with the matter unaffected by the mandate of this Court.

No. 40. Atlantic Refining Co. v. Virginia; and No. 713. Dodge et al. v. Board of Education of Chicago et al. June 1, 1937. It is ordered that these cases be restored to the docket for reargument.